1  RANDY MONTESANO
   Attorney at Law
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-8226

4  Attorney for Defendant
   ANTHONY LAU

*RECEIVED 06 JAN 19 AM 9:30 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-05-00395-CRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) ~~PROPOSED~~ TRAVEL ORDER |
| ANTHONY LAU, et. al., | ) |
| Defendants. | ) |

Defendant ANTHONY LAU's conditions of release heretofore set, shall be modified to permit him to travel to and from Las Vegas, Nevada for the period of February 4-5, 2006.

*A ANTHONY LAU SHALL PROVIDE AN ITINERARY AND CONTACT NUMBERS TO PRETRIAL SERVICES PRIOR TO HIS DEPARTURE ON FEBRUARY 4, 2006.*

Approved as to form only:

Dated: 1/18/06

_____
PETER AXELROD, AUSA

So ordered:

Dated: 1/23/06

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE