| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **October 25, 2006**

Reporter **Connie Kuhl**

CR-05-0395-23 CRB
Case No: CR-05-0192 - CRB     DEFT:  ANTHONY GAR LAU
                              (X)Present ( )Not Pres ( )In Custody

AUSA:  Pete Axelrod            DEF ATTY:  Steve Gruel/Randy Montesano


**REASON FOR HEARING**  D's Motion to Dismiss Counts and Bill of Particulars
D's Motion to Inspect & Produce Files
D's Motion to Suppress Wiretap Evidence
D's Motion to Suppress USA's Opposition
D's Motion to Suppress Evidence Obtained by Electronic Surveillance  - denied
D's Motion for Return of Property & to Suppress Evidence
D's Motion for Continuance

**RESULT** Mtn for Bill of Particulars is withdrawn. All other motions taken under submission.

Government's exhibit list to be produced on or before 11/03/2006. Counsel to workout a schedule on motion currently on calendar for 11/22/06 without changing the trial date currently set and submit to court.

Motions (if any) to be filed no later than _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____  **for** _____

**JUDGMENT** _____

Notes: _____