RANDY MONTESANO
Attorney at Law - SB #83842
214 Duboce Avenue
San Francisco, California 94103
(415) 431-8226

STEVE GRUEL
Attorney at Law #213148
655 Montgomery Street, Suite 1700
San Francisco, CA   94111-2633
(415) 989-1253

Attorneys for Defendant
Anthony Gar Lau

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-05-0395, CR-06-0192 CRB |
| Plaintiff, | ORDER EXONERATING BAIL |
| vs. | |
| ANTHONY GAR LAU, | |
| Defendant. | |

Upon good cause being shown,

IT IS HEREBY ORDERED that the bail heretofore posted by defendant ANTHONY GAR LAU, be and is, hereby exonerated.

Dated: May 15, 2007

IT IS SO ORDERED
Judge Charles R. Breyer